**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02641-CMA

MARIAH GRAGERT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming ALJ'S Decision Denying Disability Benefits of Judge Christine M. Arguello entered on March 24, 2014 it is

    ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of defendant and against plaintiff .

    It is FURTHER ORDERED that each party shall pay its own costs and attorney fees.

    Dated at Denver, Colorado this 25th day of March, 2014.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                  By: s/   Sandra Hartmann
                                              Sandra Hartmann
                                              Deputy Clerk